UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re: JEFFREY NEIL HENNEMAN,  BKY. No.: 10-30658
SHERRI MARIE HENNEMAN,  Chapter 7

debtors.

**ORDER TERMINATING STAY**

------------------------------------------------

This case came before the court on the motion of Wells Fargo Bank, N.A. seeking relief from the automatic stay.

Based on the motion and the file,

IT IS ORDERED:

1. The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which the movant, Wells Fargo Bank, N.A., its successors or assigns, has an interest, legally described as:

Lot One Hundred Thirteen (113) in Block Eleven (11) of Greater Las Vegas Addition Tract 2, as shown by map thereof on file in Book 4 of Plats, Page 87 in the Office of the County Recorder of Clark County, Nevada

2. Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: March 31, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/31/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk